DISCIPLINARY COUNSEL *v.* SIMMONS.

[Cite as *Disciplinary Counsel v. Simmons,*

126 Ohio St.3d 1207, 2010-Ohio-3398.]

(No. 2008-1152 — Submitted June 21, 2010 — Decided June 28, 2010.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1}   This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Frank Simmons Jr., Attorney Registration No. 0058498, last known business address in Toledo, Ohio.

{¶ 2}   The court coming now to consider its order of December 3, 2008, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year with six months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A).  Therefore,

{¶ 3}   It is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4}   Upon consideration of respondent's request for removal of the contempt order entered on May 29, 2009, for his failure to file an affidavit of compliance and surrender his attorney registration card, the court finds that respondent is now in compliance with those requirements.  The contempt is purged.

{¶ 5}   It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

For earlier case, see *Disciplinary Counsel v. Simmons*, 120 Ohio St.3d 304, 2008-Ohio-6142, 898 N.E.2d 943.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————————